# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1944.  CROWTHER LAW FIRM, P.C. v. LEXIS NEXIS.**

The plaintiff Lexis Nexis filed this civil action against the defendant Crowther Law Firm, P.C., which filed an answer and counterclaims.  The defendant filed a motion for withdrawal of admissions based on its alleged failure to respond to discovery requests.  The trial court denied the motion, and the defendant filed this direct appeal.  We lack jurisdiction.

Because this action remains pending below, the defendant was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  The defendant's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/29/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*